

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

| MEMO ENDORSED |

*86 Chambers Street*
*New York, New York 10007*

**March 24, 2026**

**By ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Fleisher, et al. v. United States*, No. 26-cv-1096 (DEH)

Dear Judge Ho:

This Office represents the United States of America (the "Government") in the above-referenced tax-related case. I write to request an adjournment of the initial conference scheduled for April 1, 2026, and the related deadline for filing a joint letter and case management plan. *See* ECF No. 6.

The Government has not yet responded to the complaint. While the docket lists the Government's deadline to do so as March 10, 2026, ECF No. 10, the deadline is actually April 20, 2026—60 days after service of the complaint. *See* Fed. R. Civ. P. 12(a)(2). Because the parties will be in a better position to discuss a case management plan and the other Rule 26(f) topics after the Government has responded to the complaint, the Government respectfully requests that the initial conference be rescheduled to one of the following dates that are mutually agreeable to the parties: April 27, April 29, or May 4.[1] This is the Government's first request for an adjournment of this conference and Plaintiffs do not oppose it.

I thank the Court for its consideration of this request.

---

[1] Based on the complexity of this matter and the fact that the Internal Revenue Service is in the process of collecting information necessary to respond to the complaint, the Government anticipates requesting an extension of its April 20 deadline. Should the Court grant such a request, the Government will submit a request to adjourn this conference to a date after the extended deadline.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Jennifer Jude*
    JENNIFER JUDE
    Assistant United States Attorneys
    86 Chambers Street, 3rd Floor
    New York, NY 10007
    (212) 637-2663
    jennifer.jude@usdoj.gov

cc: All counsel (by ECF)

Application **GRANTED**.  The conference currently scheduled for April 1, 2026 is **ADJOURNED** to **April 29, 2026** at **11:30 A.M**.  All other aspects of the Court's February 11, 2026 Order, ECF No. 6, remain operative.  The Clerk of Court is respectfully directed to terminate ECF No. 24.

SO ORDERED.

Dated: March 25, 2026
New York, New York

Dale E. Ho
United States District Judge