

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 16, 2026

**By ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Fleisher et al. v. United States*, No. 26-cv-1096 (DEH)

Dear Judge Ho:

This Office represents the United States of America (the "Government"), the defendant in the above-referenced tax-related putative class action lawsuit. I write respectfully to request an extension of the Government's deadline to respond to the complaint and a concomitant adjournment of the initial pretrial conference.

The Government's current deadline to respond to the complaint is April 20, 2026.[1] Since the complaint was served, the Internal Revenue Service ("IRS") has been working to provide the information necessary for this Office to defend this suit, including a referral letter and relevant administrative records. The IRS has now furnished this information and this Office must now digest it. The Government thus respectfully requests an additional 60 days to respond to the complaint, *i.e.*, until June 22, 2026. This is the Government's first request for an extension of this deadline and Plaintiffs do not oppose the request.

Additionally, because the parties will be in a better position to discuss a case management plan and the other Rule 26(f) topics after the Government has responded to the complaint,[2] the Government respectfully requests that the initial conference, which is currently set for April 29 at 11:30 a.m., be rescheduled to a date after July 10.[3] This is the Government's second request for an adjournment of this conference, *see* ECF No. 20 (memo endorsement), the first request was

---

[1] Although the docket lists the Government's deadline to respond to the complaint as March 10, 2026, ECF No. 10, the deadline is actually April 20, 2026—60 days after service of the complaint. *See* Fed. R. Civ. P. 12(a)(2).

[2] Should the Government move to dismiss the complaint rather than answering it, it may request that this conference be further adjourned, either until after motion briefing is complete or until after the Court resolves the motion. The Government will confer with Plaintiffs about such a request at the appropriate time.

[3] The undersigned counsel for the Government will be out of the country from June 24 to July 10, 2026.

granted, and Plaintiffs do not oppose the request. All parties are available for a rescheduled initial conference on July 17, July 20, or July 21.

I thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Jennifer Jude*
JENNIFER JUDE
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-2663
jennifer.jude@usdoj.gov

cc: All counsel (by ECF)

2