

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*86 Chambers Street*
*New York, New York 10007*

June 11, 2026

**By ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Fleisher et al. v. United States*, No. 26-cv-1096 (DEH)

Dear Judge Ho:

This Office represents the United States of America (the "Government"), the defendant in the above-referenced tax-related putative class-action lawsuit. I write respectfully to request an extension of the Government's deadline to respond to the complaint and a concomitant adjournment of the initial pretrial conference.

In this case, Plaintiffs seek overpayment interest (on behalf of themselves and all similarly situated taxpayers) that they argue they are entitled to pursuant to 26 U.S.C. § 7508A. Plaintiffs argue that Section 7508A suspended certain statutory provisions permitting IRS to withhold interest during an alleged "mandatory disaster tolling period that ran from January 20, 2020 through July 10, 2023," created by the federally declared COVID-19 disaster. Compl. ¶¶ 2-7. Plaintiffs' case is one of several recent cases seeking similar relief based on this interpretation of Section 7508A. One of those cases, cited in Plaintiffs' complaint, *see id.* ¶¶ 6, 51, is *Kwong v. United States*, 179 Fed. Cl. 382 (Fed. Cl. 2025), which the Government appealed to the U.S. Court of Appeal for the Federal Circuit a few weeks ago, *see* Case No. 26-1843, ECF No. 1 (Fed. Cir. May 20, 2026). The Government's response to the complaint in this case will thus require coordination with the Department of Justice and Internal Revenue Service attorneys who are overseeing the Government's response to Section 7508A litigation in other courts.

The Government's current deadline to respond to the complaint is June 22, 2026. The Government respectfully requests an additional 60 days, *i.e.*, until August 21, 2026, to permit the necessary coordination and ensure a consistent approach across these cases, including the pending *Kwong* appeal. This is the Government's second request for an extension of this deadline and the previous request was granted. *See* ECF No. 22. Plaintiffs oppose the request and have provided the following statement of their position: "Plaintiff was willing, as a professional courtesy, to consent to the extension provided that the government agreed that it would, in fact, file its response to Plaintiff's complaint by August 21 and would not seek any further extensions." As the undersigned informed Plaintiff's counsel, the Government does not anticipate seeking a further extension but cannot agree in advance that it will not request one if unforeseen circumstances arise.

Additionally, because the parties will be in a better position to discuss a case management plan and the other Rule 26(f) topics after the Government has responded to the complaint, the Government respectfully requests that the initial conference, which is currently set for July 17 at 2:00 p.m., be rescheduled to a date after August 21. This is the Government's third request for an adjournment of this conference, *see* ECF Nos. 20, 22 (memo endorsements), the first two requests were granted, and Plaintiffs do not oppose this request (assuming the Court grants an extension of the Government's response deadline). All parties are available for a rescheduled initial conference on August 27, 28, or 31.

I thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Jennifer Jude*
JENNIFER JUDE
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-2663
jennifer.jude@usdoj.gov

cc: All counsel (by ECF)

Application **GRANTED**. The Government shall file its response by **August 21, 2026**. The conference currently scheduled for July 17, 2026 is **ADJOURNED** to **August 27, 2026**. All other aspects of the Court's February 11, 2026 Order, ECF No. 6, remain operative. The Clerk of Court is respectfully directed to terminate ECF No. 23.

SO ORDERED.

Dated: June 15, 2026                           Dale E. Ho
New York, New York                             United States District Judge

2