UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN FLEISHER and ANDREA BIERSTEIN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

26 Civ. 1096 (DEH) 26 Civ. 1096 (DEH)

**NOTICE OF MOTION TO DISMISS THE CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendant's Motion to Dismiss the Class Action Complaint, the Defendant, by its attorney, James M. McDonald, United States Attorney for the Southern District of New York, hereby moves for an order dismissing the complaint under Federal Rule of Civil Procedure 12(b)(6).

Dated: August 21, 2026
New York, New York

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/ *Jennifer Jude*
Assistant United States Attorney
(212) 637-2663
jennifer.jude@usdoj.gov