UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fleisher et al.,

Plaintiffs,

v.

United States of America,

Defendant.

26-CV-1096 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of the parties' joint status letter. ECF No. 26. The Court adopts the parties' proposed briefing schedule on the forthcoming motion to dismiss; Defendant shall file any such motion by **August 21, 2026**, Plaintiffs shall file any opposition by **October 20, 2026**, and Defendant's reply shall be filed by **November 19, 2026**. The Initial Pretrial Conference scheduled for August 27, 2026 is **ADJOURNED SINE DIE**. Further, discovery is **STAYED** pending resolution of the Motion to Dismiss. Should the Court deny the forthcoming Motion to Dismiss in any respect, the parties shall submit a joint status letter to the Court within one week of that Order with a proposed case management plan, a template of which can be found on the Court's website.

SO ORDERED.

Dated: August 21, 2026
New York, New York

DALE E. HO
United States District Judge