MEMO ENDORSED

SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TX 77002-5096
(713) 651-9366

SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880

RYAN KIRKPATRICK
DIRECT DIAL (212) 729-2017

E-MAIL RKIRKPATRICK@SUSMANGODFREY.COM

Application **GRANTED**. Plaintiffs shall file their opposition to the motion to dismiss by **November 10, 2026**. Defendant shall file any reply by **December 10, 2026**. The Clerk of Court is respectfully directed to terminate ECF No. 32.

SO ORDERED.

October 8, 2026
New York, New York

Dale E. Ho
United States District Judge

October 7, 2026

**Via ECF**

Honorable Dale E. Ho
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Fleisher, et al. v. United States of America*, Case No. 1:26-cv-01096 (S.D.N.Y.), Letter Motion for Extension to File Plaintiffs' Opposition to Defendant's Motion to Dismiss

Dear Judge Ho:

Pursuant to Section 2(e) of the Court's Individual Rules and Practices in Civil Cases, Plaintiffs respectfully request a 21-day extension of the deadline to file their opposition to the Government's motion to dismiss, from October 20, 2026, to November 10, 2026. The Government consents to this request provided that its deadline to file any reply is also extended by 21 days, from November 19, 2026, to December 10, 2026.

This is Plaintiffs' first request for an extension of time to file an opposition to the motion to dismiss. The Government requested and obtained two extensions to file the motion to dismiss. *See* ECF Nos. 22, 24.

Plaintiffs request this extension due to the press of other impending litigation, including a reply brief in support of the plaintiff's motion for summary judgment and opposing the defendants' cross-motion to dismiss and for judgment on the pleadings in *Saba Capital Master Fund, LTD v. ClearBridge Energy Midstream Opportunity Fund Inc.*, No. 23-CV-5568 (S.D.N.Y.), due on October 8,

2026; a motion for certification of a settlement class and final approval of a class action settlement in *Wren v. Transamerica Life Insurance Company*, No. 21-CV-178 (C.D.C.A.), to be filed on October 9, 2026; and conflicting discovery obligations in *Watts Guerra LLC v. Series 1 of Oxford Insurance Company NC LLC*, No. 2025CVS23398 (N.C. Bus. Ct.), including depositions in San Antonio and Oklahoma on October 14, 2026, which Plaintiffs' counsel in this case are scheduled to take and defend.

As stated above, the Government consents provided that the deadline for any reply is extended by 21 days as well, from November 19, 2026 to December 10, 2026. The Court adjourned the initial pretrial conference pending resolution of the motion to dismiss, *see* ECF No. 30, and the parties are not currently scheduled to appear before the Court.

For those reasons, Plaintiffs respectfully request that the Court extend by 21 days the deadline for their opposition to the motion to dismiss from October 20, 2026, to November 10, 2026, and enter a corresponding extension of the Government's reply deadline to December 10, 2026.

Sincerely,

RYAN C. KIRKPATRICK
Susman Godfrey L.L.P.

___/s/ *Ryan C. Kirkpatrick*______
Ryan C. Kirkpatrick
Steven M. Shepard
Zachary B. Savage
Jason Bell (admitted *pro hac vice*)
Casen B. Ross
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Telephone: 212-336-8330
Facsimile: 212-336-8340
rkirkpatrick@susmangodfrey.com
sshepard@susmangodfrey.com
zsavage@susmangodfrey.com
jbell@susmangodfrey.com
cbross@susmangodfrey.com

Steven G. Sklaver (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029

Telephone: 310-789-3100
Facsimile: 310-789-3150
ssklaver@susmangodfrey.com

Jonathan L. Holbrook (admitted *pro hac vice*)
Spencer F. Walters (admitted *pro hac vice*)
IVINS, PHILLIPS & BARKER,
CHARTERED
1717 K Street, N.W.
Suite 600
Washington, D.C. 20006
Telephone: (202) 393-7600
Facsimile: (202) 393-7601
jholbrook@ipbtax.com
swalters@ipbtax.com

***Attorneys for Plaintiffs***