**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN FLEISHER AND ANDREA BIERSTEIN, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | Case No.: 1:26-cv-01096-DEH |

**DECLARATION OF RYAN C. KIRKPATRICK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

I, Ryan C. Kirkpatrick, hereby declare as follows:

1. I submit this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss.

2. I am a partner in the law firm of Susman Godfrey L.L.P. I am a member in good standing of the bar of this Court. I have personal, first-hand knowledge of the matters set forth herein, and, if called to testify as a witness, could and would testify competently thereto.

3. Attached hereto as Exhibit A are excerpts from the Third Edition of the Disaster Operations Legal Reference (DOLR 3.0), dated January 20, 2017, which I downloaded from https://biotech.law.lsu.edu/blog/FEMA-Disaster-Operations-Legal-Reference-Manual-V-3.pdf on November 9, 2026. The excerpts include the cover page, preface, the first page of the forward, and the entirety of Chapter 3 (entitled "Declarations"). The entirety of the manual is 802 pages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of November, 2026

*/s/ Ryan C. Kirkpatrick*
Ryan C. Kirkpatrick